David K. Gottlieb
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, CA 91403-2201
Telephone: (818) 325-8441
Facsimile: (818) 501-7040

Chapter 7 Trustee

FILED
OCT - 8 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re

ASSOCIATED CONSTRUCTION GENERAL ENGINEERING CONTRACTORS, INC.

Debtor.

) Case No. 1:04-BK-16814-MT
) Chapter 7
)
)
)
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
) **3011**
)
)

**TO MAUREEN TIGHE, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1018 in the sum of $ 3,632.60 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 8 | White Cap, 17701 Cowan Ste # 160, Irvine, Ca 92614 | $763.59 | $40.01 |
| 4 | Nations Rent, 2101 E. Ventura Blvd, Oxnard, Ca 93030 | $36,239.87 | $1,898.73 |
| 1 | Citicorp Vendor Finance Inc, Attn: Katie Carter, 1800 Overcenter Drive, Moberly, Mo 65270 | $16,430.67 | $860.86 |
|  | *Total Unclaimed Dividends:* | | $2,799.60 |

Dated: October 6 , 2010

_____
DAVID K. GOTTLIEB
Chapter 7 Trustee

ORIGINAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15233 Ventura Blvd., 9th Floor, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document described as **NOTICE OF UNCLAIMED DIVIDENDS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Fill in Date Document is Filed,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐     Service information continued on attached page

II. **SERVED BY U.S. MAIL** (indicate method for each person or entity served): On October 7, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91607

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill in Date Document is Filed,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 7, 2010 | LAURA HUA | /s/ Laura Hua |
|---|---|---|
| Date | Type Name | Signature |

M-7

| | | |
|---|---|---|
| DAVID K. GOTTLIEB<br>CHAPTER 7 TRUSTEE<br>15233 VENTURA BLVD., 9TH FLOOR<br>SHERMAN OAKS, CA 91403-2201 | **Bank of America, N.A.**<br>CUSTOMER CONNECTION<br>TURNOVER OF UNCLAIMED FUNDS TO COUR | CHECK NUMBER<br>**1020** |

| DATE | AMOUNT |
|---|---|
| 10/06/10 | *******2,799.60 |

OCT 0 8 2010

**PAY TO THE ORDER OF**

| CASE NUMBER | DEBTOR |
|---|---|
| 1:04-BK-16814   MT | ASSOCIATED CONSTRUCTION GENERAL ENGINEERING CONTRACTORS, INC. |

UNITED STATES BANKRUPTCY COURT
ATTN: FISCAL DEPT.
255 E. TEMPLE STREET, ROOM 1067
LOS ANGELES, CA  90012

*Two Thousand Seven Hundred Ninety Nine Dollars And 60/100*

David K. Gottlieb, Chapter 7 Trustee
Void After 90 Days

SECURITY FEATURES INCLUDED  DETAILS ON BACK

⑈001020⑈ ⑉111000012⑉ 4437574778⑈